IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO: 1:CR-06 320 |
| v. | (Rambo, J.) |
| SALLY ANN HOLLIS | FILED<br>HARRISBURG<br>SEP 2 0 2006<br>MARY E. D'A...<br>Per _____ |

## INDICTMENT

### COUNT I

**THE GRAND JURY CHARGES THAT:**

1. At all times material and pertinent to this Indictment, the Office and Professional Employees (OPEIU) Local 112 was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant was employed by this labor organization as a bookkeeper.

2. Beginning on or about dates unknown to the Grand Jury and continuing up thorough on or about June 2006, in Dauphin County and within the Middle District of Pennsylvania, the defendant, **SALLY ANN HOLLIS,** did knowingly and willfully embezzle, steal, abstract and convert to her use and to the use of others more than $20,000 of the moneys, funds, securities, property and other assets of the Office and Professional Employees (OPEIU) Local 112, a labor organization affecting commerce within the meaning of Sections 402(I) and 402(j) of Title 29, United States Code.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

_Thomas A. Marino_
THOMAS A. MARINO
UNITED STATES ATTORNEY

FOREPERSON, GRAND JURY

9/20/06
DATE